RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Victor Campos-Mendoza

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR CAMPOS-MENDOZA,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00011-CDS-DJA<br><br>**ORDER TO CONTINUE PRELIMINARY REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Victor Campos-Mendoza, that the Preliminary Revocation Hearing currently scheduled on June 18, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel is out of district during the week of the currently scheduled hearing.

2. Defense counsel requires additional time to meet with the defendant, discuss his legal options with him, and confer with counsel for the government about a possible resolution of the matter.

3. The parties agree to the continuance.

This is the first request for a continuance of the preliminary revocation hearing.

DATED this 14th day of June, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>VICTOR CAMPOS-MENDOZA,<br><br>  Defendant. | Case No. 2:24-cr-00011-CDS-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Tuesday, June 18, 2024 at 2:00 p.m., be vacated and continued to July 8, 2024, at 2:00 p.m., Courtroom 3A.

DATED this 17th day of June, 2024.



_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3