UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　v.<br><br>VICTOR CAMPOS-MENDOZA,<br><br>　　　　Defendant | Case No. 2:24-cr-00011-CDS-DJA<br><br>**Order Granting Stipulation to Continue Revocation of Supervised Release Hearing**<br><br>[ECF No. 18] |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for June 20, 2024 at 1:00 p.m., is vacated and continued to July 9, 2024 at the hour of 11:00 a.m. in LV Courtroom 6B.

Dated: June 18, 2024

_____
UNITED STATES DISTRICT JUDGE

3